

FILED & JUDGMENT ENTERED
Christine F. Winchester

May 28 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| DONALD ADAMS AND TERESA ADAMS, | ) |
| | ) |
| Debtors. | ) |
| _____ | ) Bankruptcy Case No. 24-50098 |
| | ) |
| JOHN W TAYLOR, TRUSTEE, | ) Chapter 7 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary No. 24-05010 |
| | ) |
| THOMAS L. YODER, | ) |
| | ) |
| Defendant and Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD ADAMS AND TERESA ADAMS, | ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

**ORDER ON *EX PARTE* MOTION FOR EXTENSION OF TIME**

    This matter if before the Court on the motion of Third-Party Defendants Donald and Teresa Adams for an Order extending the time within which to answer or otherwise respond to the third-party complaint pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure. For good cause shown, and it appearing that the time allowed has not expired and that the motion should be allowed,

      IT IS HEREBY ORDERED that the time for Third-Party Defendants to answer or otherwise respond to the third-party complaint is extended for thirty (30) days to, and including, June 29, 2025.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |